In the Matter of the Application of ISIDORE HERMAN, Respondent, for a Peremptory Order of Mandamus against JOHN F. GILCHRIST, as Commissioner of Licenses of the City of New York, Appellant.

*New York city — licenses — mandamus granted to compel issuance of license for billiard parlor.*

*Matter of Herman v. Gilchrist,* 202 App. Div. 799, affirmed.

(Argued October 4, 1922; decided October 24, 1922.)

APPEAL from an order of the Appellàte Division of the Supreme Court in the first judicial department, entered June 23, 1922, which affirmed an order of Special Term granting a motion for à peremptory order of mandamus to compel the. commissioner of licenses of the city of New York to issue a license to the relator to conduct a billiard parlor at premises known as 2838 Fulton street in the borough of Brooklyn, upon receiving from the relator the usual license fees.

*John P. O'Brien,* Corporation Counsel (*John F. O'Brien, George P. Nicholson, Willard S. Allen* and *Russell Lord Tarbox* of counsel), for appellant.

*Edward J. Maroney* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.